MCGREGOR W. SCOTT (State Bar No. 142413)
mscott@orrick.com
COURTNEY LINN (State Bar No. 148855)
clinn@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814
Telephone:  (916) 447-9200
Facsimile:   (916) 329-4900

Attorneys for Defendant
COLLINS MAX CHRISTENSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COLLINS MAX CHRISTENSEN aka Collie Christensen,<br><br>Defendant. | Case No.  2:11CR00070 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING DATE AND TO MODIFY SENTENCING SCHEDULE IN CONFORMANCE WITH CONTINUANCE**<br><br>Sentence Date:  07/26/2011 |

The parties, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the Judgment and Sentencing date presently set for July 26, 2011 be continued until August 30, 2011 at 9:30 a.m., and further that all dates previously established for the Sentencing Schedule on this matter be re-scheduled to reflect the August 30 date.  Defendant shall be allowed to file written objections to the Presentence Report, on the grounds the draft Pre-Sentencing report was not received by Defendant's counsel in a timely manner.  Defendant respectfully requests that written objections be due on or before July 25, 2011.

/ / / /

/ / / /

/ / / /

STIPULATION AND [PROPOSED] ORDER

OHS WEST:261214275.1

PDF created with pdfFactory trial version www.pdffactory.com

////

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 7, 2011.                                UNITED STATES ATTORNEY
                                                    BENJAMIN B. WAGNER


                                                    By: /s/ Russell L. Carlberg
                                                        Russell L. Carlberg
                                                        Assistant United States Attorney


DATED: July 7, 2011.                                ORRICK, HERRINGTON & SUTCLIFFE, LLP



                                                    By: /s/ McGregor W. Scott
                                                        McGregor W. Scott
                                                        Attorneys for Defendant
                                                        Collins Max Christensen


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: 7/7/2011                                     /s/ John A. Mendez
                                                        Hon. John A. Mendez
                                                        Judge of the District Court

PDF created with pdfFactory trial version www.pdffactory.com