MCGREGOR W. SCOTT (STATE BAR NO. 142413)
mscott@orrick.com
COURTNEY J. LINN (STATE BAR NO. 148855)
clinn@orrick.com
CAMERON L. DESMOND (STATE BAR NO. 268925)
cdesmond@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
Telephone:    (916) 447-9200
Facsimile:     (916) 329-4900

Attorneys for Defendant
COLLINS CHRISTENSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COLLINS CHRISTENSEN,<br><br>Defendant. | Case No. 2:11-CR-00070 JAM<br><br>**DEFENDANT COLLINS CHRISTENSEN'S WAIVER OF APPEARANCE AT RESTITUTION HEARING**<br><br>Judge:     Hon. John A. Mendez |

PDF created with pdfFactory trial version www.pdffactory.com

1  Defendant Collins Christensen hereby knowingly and intelligently waives his right to be
2  present in person in open court for the restitution hearing scheduled for January 17, 2012.
3  Defendant hereby requests that the Court proceed with the restitution hearing in his
4  absence and agrees that his interests will be deemed represented at all time by the presence of his
5  attorneys, the same as if defendant were personally present.

Dated: January 9, 2012

MCGREGOR W. SCOTT
COURTNEY J. LINN
CAMERON L. DESMOND
Orrick, Herrington & Sutcliffe LLP

By: /s/McGregor Scott
MCGREGOR W. SCOTT
Attorneys for Defendant

Dated: December 31, 2011

By: /s/ Collins Christensen
COLLINS M. CHRISTENSEN
Defendant

**IT IS SO ORDERED.**

Dated: 1/10/2012

/s/ John A. Mendez

The Honorable John A. Mendez

PDF created with pdfFactory trial version www.pdffactory.com