1  MCGREGOR W. SCOTT (STATE BAR NO. 142413)
   mscott@orrick.com
2  COURTNEY J. LINN (STATE BAR NO. 148855)
   clinn@orrick.com
3  CAMERON L. DESMOND (STATE BAR NO. 268925)
   cdesmond@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
5  Sacramento, California  95814-4497
   Telephone:     (916) 447-9200
6  Facsimile:     (916) 329-4900

7  Attorneys for Defendant
   COLLINS CHRISTENSEN
8

9                     UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                         SACRAMENTO DIVISION

12

13  UNITED STATES OF AMERICA,            Case No. 2:11-CR-00070 JAM

14              Plaintiff,                **STIPULATION AND ORDER TO CORRECT THE RECORD ON APPEAL**

15        v.                             Judge:    Hon. John A. Mendez

16  COLLINS CHRISTENSEN,

17              Defendant.

STIPULATION AND [PROPOSED] ORDER TO
CORRECT THE RECORD ON APPEAL

Pursuant to Federal Rule of Appellate Procedure 10(e), the parties hereby stipulate to expand and correct the record on appeal to include the following documents:

1. **Mr. Christensen's August 30, 2011 informal objections to the presentence report and attachments thereto, attached hereto as Exhibit A;**

2. **Probation's responses to Mr. Christensen's informal objections, attached hereto as Exhibit B;**

3. **Jennifer R.'s victim impact statement, attached hereto as Exhibit C; and**

4. **The Government's initial spreadsheet detailing funds diverted for personal use, attached hereto as Exhibit D.**

The Court has jurisdiction to expand the record to include all material it received and considered in fashioning Mr. Christensen's sentence. Fed. R. App. P. 10(e)(1) ("If any difference arises about whether the record truly discloses what occurred in the district court, the difference must be submitted to and settled by that court and the record conformed accordingly"); Fed. R. App. P. 10(e)(2) ("If anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded . . . on stipulation of the parties"); *Abatino v. United States*, 750 F.2d 1442, 1444 (9th Cir. 1985) (district court has "the duty of settling the record").

The Court stated on the record that it received, reviewed, and considered the informal objections to the presentence report and probation's response before expressly overruling those objections. Sept. 27, 2011 Sentencing Hearing Transcript 2:7-12 ("Mr. Scott did submit informal objections to probation. Probation responded to those objections . . . . The Court has reviewed those as well."); Sept. 27, 2011 Sentencing Hearing Transcript 4:13-21("I also want to, for purposes of the record, indicate that I have reviewed the following materials: The August 30th, 2011 informal objections and attachments thereto . . . ."). Likewise, the Court received and considered the Government's initial spreadsheet detailing funds diverted for personal use. Sept. 27, 2011 Sentencing Hearing Transcript 5:20-6:4 ("I also need, for purposes of the record, to indicate I requested further information from the lawyers about any possible use of the funds for personal expenses. I was provided with a memorandum from Mr. Carlberg, a copy sent to

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

Mr. Scott, which listed a number of items compiled by FBI Agent Snodgrass concerning items that he believed . . . were used for personal expenses."). And finally, the Court expressly relied upon the victim statement of Jennifer R. in fashioning the sentence. *See* Oct. 18, 2011 Sentencing Hearing Transcript 24:1-11.

The foregoing documents are necessary to present a complete record of all matters considered by the court in fashioning the sentence that is the subject of the appeal.

Dated: January 10, 2012

MCGREGOR W. SCOTT
COURTNEY J. LINN
CAMERON L. DESMOND
Orrick, Herrington & Sutcliffe LLP

By: /s/McGregor Scott
MCGREGOR W. SCOTT
Attorneys for Defendant

Dated: January 10, 2012

BENJAMIN WAGNER
United States Attorney

By: /s/ Russell Carlberg
RUSSELL CARLBERG
Assistant United States Attorney
Attorneys for Plaintiff

## **ORDER**

Pursuant to the parties' stipulation to expand and correct the record, the Clerk of the Court is DIRECTED to file with the Ninth Circuit a corrected record that includes the documents attached to the parties' stipulation.

**IT IS SO ORDERED.**

Dated:  1/12/12

/s/ John A. Mendez

The Honorable John A. Mendez
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com